

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2018

No. 04-18-00486-CR

Robert **ROMERO**,
Appellant

v.

**STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 562296
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

On August 1, 2018, we ordered Appellant Robert Romero to show cause why this appeal should not be dismissed, explaining that the trial court had signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On August 31, 2018, a supplement clerk's record was filed containing a corrected certification of defendant's right to appeal signed by the trial court. The trial court has certified that the defendant has the right to appeal. We therefore REINSTATE this appeal on the docket of the court.

The clerk's and reporter's records have been filed. Thus, we ORDER appellant to file his brief on or before **October 8, 2018**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2018.



Keith E. Hottle
Clerk of Court